UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| CAROL J. VINCENT | * | CIVIL ACTION NO. 2:17-CV-00573 |
|---|---|---|
| v. | * | |
| | * | JUDGE WALTER |
| CITY OF SULPHUR, ET AL. | * | |
| | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the plaintiff's objection (Rec. Doc. 8), and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law. A parish sheriff's department is not a juridical entity capable of being sued under Louisiana law. *See Cozzo v. Tangipahoa Par. Council--President Gov't*, 279 F.3d 273, 283 (5th Cir. 2002) (citing *Ferguson v. Stephens*, 623 So.2d 711, 714 (La. App. 4th Cir. 1993)). Accordingly,

**IT IS ORDERED** that all claims against the Calcasieu Parish Sheriff's Office are **DISMISSED WITH PREJUDICE.**

Shreveport, Louisiana, this 19 day of September, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

1