UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAROL J. VINCENT | * | CIVIL ACTION NO. 2:17-CV-00573 |
| v. | * | JUDGE WALTER |
| CITY OF SULPHUR, ET AL. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 20) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the plaintiff's objection and the defendant's response thereto (Rec. Docs. 28, 32), a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that all claims against the City of Sulphur Police Department are **DISMISSED WITH PREJUDICE.**

Shreveport, Louisiana, this 19 day of September, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

1