UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAROL J. VINCENT | : | DOCKET NO. 17-cv-573 |
| VERSUS | : | JUDGE WALTER |
| CITY OF SULPHUR ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [doc. 23] be **GRANTED**, that all civil rights claims brought against the City of Sulphur, Don Briscoe, Lewis Coats, Christopher Duncan, and John Doe Sulphur police officers be **DISMISSED WITH PREJUDICE**, and that the plaintiff's excessive force claim be **DISMISSED WITH PREJUDICE** as to all defendants.

**IT IS FURTHER ORDERED** that the plaintiff has failed to state a claim for which relief may be granted under Louisiana's tort laws, such that all state law claims against the above-named defendants are likewise **DISMISSED WITH PREJUDICE**.

**THUS DONE** this 4 day of December, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE