UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAROL J. VINCENT | : | DOCKET NO. 17-cv-573 |
| VERSUS | : | JUDGE WALTER |
| CITY OF SULPHUR ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that defendant Lawrence Nix's first Motion to Dismiss [doc. 33] be **DENIED AS MOOT** and that his second Motion to Dismiss [doc. 55] be **DENIED**.

THUS DONE this 4 day of December, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE